AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

YAAKOV GLUCK and SETH GLUCK,
*Plaintiff*
v.
FIDELITY INVESTMENTS a/k/a FMR, LLC,
*Defendant*

Case No. 1:24-cv-12601

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Yaakov Gluck and Seth Gluck .

Date: 10/25/2024

/s/ Christina Xenides
*Attorney's signature*

Christina Xenides
*Printed name and bar number*

SIRI & GLIMSTAD LLP
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
*Address*

cxenides@sirillp.com
*E-mail address*

(512) 265-5622
*Telephone number*

(646) 417-5967
*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 25, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Christina Xenides*
Christina Xenides