UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE FIDELITY INVESTMENTS DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Lead Case No: 1:24-CV-12601-LTS |

## REPORT IN RESPONSE TO DECEMBER 4, 2024 ORDER

In accordance with the Court's December 4, 2024 order, Defendants report that no member of the Court's immediate household is a member of the putative class in these consolidated actions. Defendants further report that they have no objection to the Court remaining assigned to the case.

Dated: December 13, 2024

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
Richard K. Chung (BBO #710129)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com
rchung@sidley.com

Eamon P. Joyce (*pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-8555
ejoyce@sidley.com

*Counsel for FMR LLC and Fidelity Brokerage Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo
