**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE FIDELITY INVESTMENTS DATA BREACH LITIGATION<br><br><br>This Document Relates To:<br><br>ALL CASES | Lead Case No: 1:24-CV-12601-LTS<br><br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

FMR LLC ("FMR") and Fidelity Brokerage Services LLC ("FBS," together "Fidelity),

hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the

Consolidated Class Action Complaint ("Complaint") (Doc. 28) filed by Plaintiffs Richard

Mason, Alexander Elterman, Ratiek Lowery, Robert Wilbert, and John Nixon ("Plaintiffs").

As grounds for this motion, Fidelity states that the Complaint should be dismissed

pursuant to Rule 12(b)(1) because Plaintiffs have not alleged facts showing that they suffered an

actual or imminent harm, fairly traceable to Fidelity's conduct, as required to establish Article III

standing. Additionally, Plaintiffs' requests for injunctive relief fail on redressability grounds.

Fidelity further states that the Complaint should be dismissed pursuant to Rule 12(b)(6) because

Plaintiffs fail to state a claim on their various common law and state statutory causes of action.

The grounds for this motion are set forth further in Defendants' accompanying

memorandum of law, which Fidelity references and incorporates fully herein.

WHEREFORE, Fidelity respectfully requests that the Court grant their motion to dismiss

the Complaint for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1) and for

failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Fidelity respectfully requests oral argument in connection with this Motion to Dismiss.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Eamon P. Joyce (*pro hac vice*)
Richard K. Chung (BBO #710129)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-8555
ejoyce@sidley.com
rchung@sidley.com

*Counsel for FMR LLC and Fidelity Brokerage Services LLC*

2

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Jack W. Pirozzolo, hereby certify that, in accordance with Local Rule 7.1(a)(2),

counsel for Fidelity have conferred with Plaintiffs' Interim Co-Lead Counsel and have attempted

in good faith to resolve or narrow the issues subject to this motion. Plaintiffs' Interim Co-Lead

Counsel do not assent to this motion.


Dated: April 11, 2025                                      */s/ Jack W. Pirozzolo*
                                                           Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 11, 2025

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo