UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE FIDELITY INVESTMENTS DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Lead Case No: 1:24-CV-12601-LTS |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiffs and Defendants in the above-captioned cases (the "Parties") hereby submit this joint status report pursuant to the Court's order entered on October 29, 2025 (Dkt. 50) and hereby give notice that they have agreed, in principle, to a class settlement, subject to the parties entering into a comprehensive settlement agreement and approval of the Court.

1. The Parties anticipate filing a settlement agreement and motion for preliminary approval of the class settlement by January 16, 2026.

2. The Parties therefore propose that the Court extend the stay of proceedings in this matter, pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Dated: November 4, 2025

Respectfully submitted,

*/s/ Lori G. Feldman*
Lori G. Feldman (*pro hac vice*)
GEORGE FELDMAN McDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

*/s/ A. Brooke Murphy*
A. Brooke Murphy (*pro hac vice*)
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Eamon P. Joyce (*pro hac vice*)
Richard K. Chung (BBO #710129)

Oklahoma City, OK 73108  
Telephone: (405) 389-4989  
abm@murphylegalfirm.com  

*Interim Co-Lead Counsel for Plaintiffs*

787 Seventh Avenue  
New York, NY 10019  
Telephone: (212) 839-8555  
ejoyce@sidley.com  
rchung@sidley.com  

*Counsel for FMR LLC and Fidelity Brokerage Services LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2025, this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    */s/ A. Brooke Murphy*  
    A. Brooke Murphy