UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE FIDELITY INVESTMENTS DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Lead Case No: 1:24-CV-12601-LTS |

## JOINT STATUS REPORT ON STATUS OF SETTLEMENT

Plaintiffs and Defendants in the above-captioned cases (the "Parties") hereby submit this joint status report pursuant to the Court's order entered on January 15, 2026 (Dkt. 55). The Parties hereby advise the Court that while they have made considerable progress and believe they are in the final stages of negotiating the terms of a formal settlement agreement, including the proposed class notices and claim form, the Parties are still in the process of negotiating certain terms and reducing the agreement to a formal writing.

1. The Parties anticipate filing a settlement agreement and motion for preliminary approval of the class settlement within twenty-one (21) days.

2. The Parties therefore propose that the Court allow the Parties until March 10, 2026 to either file the class settlement agreement and motion for preliminary approval or file a joint status report advising the Court of the Parties' progress.

Dated: February 17, 2026                                        Respectfully submitted,

| | |
|---|---|
| */s/ Lori G. Feldman*<br>Lori G. Feldman (*pro hac vice*)<br>GEORGE FELDMAN McDONALD, PLLC<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>lfeldman@4-justice.com<br>eservice@4-justice.com | */s/ Jack W. Pirozzolo*<br>Jack W. Pirozzolo (BBO #564879)<br>Kathryn L. Alessi (BBO #651110)<br>SIDLEY AUSTIN LLP<br>60 State Street, 36th Floor<br>Boston, MA 02109<br>Telephone: (617) 223-0300<br>jpirozzolo@sidley.com<br>kalessi@sidley.com |

<div style="display: flex;">

<div>

*/s/ A. Brooke Murphy*
A. Brooke Murphy (*pro hac vice*)
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Interim Co-Lead Counsel for Plaintiffs*

</div>

<div>

Eamon P. Joyce (*pro hac vice*)
Richard K. Chung (BBO #710129)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-8555
ejoyce@sidley.com
rchung@sidley.com

*Counsel for FMR LLC and Fidelity Brokerage Services LLC*

</div>

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2026, this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      *s/ Jack W. Pirozzolo*
      Jack W. Pirozzolo