IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FIDELITY DATA BREACH LITIGATION | Case No. 1:24-cv-12601-LTS<br><br>Hon. Leo T. Sorokin |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND DIRECTION OF CLASS NOTICE**

**PLEASE TAKE NOTICE** that Plaintiffs Richard Mason, Alexander Elterman, Ratiek Lowery, Robert Wilbert, and John Nixon ("Plaintiffs"), by and through their counsel, respectfully move for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class according to the terms of the Settlement Agreement and Release ("Settlement Agreement") between and among Plaintiffs and Defendants FMR LLC d/b/a Fidelity Investments and Fidelity Brokerage Services LLC d/b/a Fidelity Investments (collectively, "Fidelity" or "Defendants");

(2) Provisionally certifying, for purposes of settlement only, the Settlement Class and California Subclass are defined as:

> **Settlement Class**: All individuals within the United States of America to whom Fidelity provides notice of the Data Security Incident under relevant state law before the Notice Deadline associated with the Settlement Agreement, and all other individuals within the United States whose financial account number and routing number were exposed in the Data Security Incident (where joint accountholders had a single financial account number and routing number compromised, only one claim is permitted under the settlement).
>
> **California Subclass**: All Settlement Class Members, as defined in paragraphs 37-38 of the Settlement Agreement, within the State of California.
>
> The Settlement Class and California Subclass specifically exclude: (1) the Judge assigned to this Action, (2) the Judge's immediate family, Court staff, the officers and directors of Defendants, and (3) persons who timely and validly request exclusion from the Settlement Class and the California Subclass.

1

(3) Preliminarily appointing Plaintiffs as Settlement Class Representatives;

(4) Preliminarily appointing Hecht Partners LLP[1] and Murphy Law Firm as Class Counsel to act on behalf of the Settlement Class and California Subclass and Settlement Class Representatives with respect to the Settlement;

(5) Approving the selection of Simpluris, Inc. as Settlement Administrator;

(6) Approving the Parties' proposed Notice Plan;

(7) Entering the proposed Preliminary Approval of Class Action Settlement, which is submitted concurrently herewith;

(8) Scheduling further proceedings, including deadlines and a hearing at which time the Court will consider the parties' request for final settlement approval; and

(9) Granting such other and further relief as may be just and appropriate.

This Motion is based upon this notice, the Joint Declaration of Proposed Class Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and accompanying exhibits, the concurrently filed Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and upon all prior proceedings, pleadings, and filings in the above-captioned action.

Dated: March 10, 2026                        Respectfully submitted,

*/s/ Lori G. Feldman*
Lori G. Feldman (*pro hac vice*)
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
lfeldman@hechtpartners.com

---

[1] On February 21, 2026 George Feldman McDonald, PLLC filed its Notice of Change of Firm Affiliation, Address and Email Designation [DE 58]. So, while the name of the firm is now Hecht Partners LLP, the attorneys responsible for this matter are identical.

> */s/ A. Brooke Murphy*
> A. Brooke Murphy (*pro hac vice*)
> **MURPHY LAW FIRM**
> 4116 Will Rogers Pkwy, Suite 700
> Oklahoma City, OK 73108
> Telephone: (405) 389-4989
> abm@murphylegalfirm.com
>
> *Plaintiffs' Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel for all parties on March 10, 2026.

> */s/ Lori G. Feldman*
> Lori G. Feldman