**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *In re: Fidelity Data Breach Litigation* | Case No. 1:24-cv-12601-LTS |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Under Federal Rule of Civil Procedure 23(e), Plaintiffs Richard Mason, Alexander Elterman, Ratiek Lowery, Robert Wilbert, and John Nixon (collectively, "Plaintiffs"), respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying the class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims. Plaintiffs consulted with FMR LLC d/b/a Fidelity Investments and Fidelity Brokerage Services LLC d/b/a Fidelity Investments (collectively, "Fidelity") before filing this Motion, and Fidelity does not oppose the relief requested.

This Motion is based on: (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (ii) Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (iii) all prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

For the reasons described in Plaintiffs' Memorandum of Law in support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order attached hereto.

DATED: June 25, 2026

Respectfully submitted,

*/s/ A. Brooke Murphy*
A. Brooke Murphy
(admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Lori G. Feldman (*pro hac vice*)
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, New York 10117
Telephone: (917) 983-9321
lfeldman@hechtpartners.com

*Class Counsel*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned hereby certifies that counsel for Plaintiffs have conferred regarding the issues presented in this motion and Defendants have assented to the relief requested.

*/s/ A. Brooke Murphy*
A. Brooke Murphy

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ A. Brooke Murphy*
A. Brooke Murphy